ACCEPTED
14-15-00075-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 3:03:54 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00075-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 3:03:54 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| CASEY HOLMES DYER | X | IN THE COURT OF APPEALS |
| | X | |
| | X | |
| VS. | X | FOR THE STATE OF TEXAS |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | 14TH JUDICIAL DISTRICT |

## MOTION FOR FINAL EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, CASEY HOLMES DYER, Appellant, and moves for an extension of time in which to file the Appellant's brief, until and including Thursday, July 16, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was July 6, 2015;

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including July 16, 2015;

C. The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

RUSSELL O'NEIL GREEN VS. THE STATE OF TEXAS; NO. 14-15-00210-CR; Appellant's Brief due July 13, 2015.

Additionally, the undersigned serves on the Texas Forensic Science Commission Hair Microscopy Panel, as part of a team reviewing hundreds of cases involving possible errors in expert testimony. This assignment is consuming a large

amount of the undersigned's time.

D. One previous extension has been granted. No further extensions will be needed, as the Appellant's Brief (Brief in Support of Motion to Withdraw) is being filed at the same time as this motion.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on July 16, 2015.

/s/ Bob Wicoff
**BOB WICOFF**